[No. 10066–1–I.   Division One.   July 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. LYNN
BENNETT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–04191–2, Peter K. Steere, J., entered
March 13, 1981. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Durham, A.C.J., and Callow,
J.

[No. 10784–4–I.   Division One.   July 19, 1982.]

*In the Matter of the Marriage of* THOMAS E. DANIELS,
*Appellant, and* SHARON L. DANIELS, *Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 81–3–00305–4, Thomas G. McCrea, J.,
entered September 15, 1981. *Affirmed* by unpublished
opinion per Swanson, J., concurred in by Andersen, C.J.,
and Corbett, J.

[No. 10294–0–I.   Division One.   July 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. FERNANDO
ALVARADO MARIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–04651–5, David W. Soukup, J., entered
May 5, 1981. *Affirmed* by unpublished opinion per Durham,
A.C.J., concurred in by Williams and Callow, JJ.

[No. 5222–9–II.   Division Two.   July 19, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. MICHAEL
S. CIMBALL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Lewis
County, No. CR 79–5667, Dale M. Nordquist, J., entered
November 24, 1980. *Affirmed* by unpublished opinion per
Reed, C.J., concurred in by Swanson, J., Worswick, J., dis-
senting in part.